[No. 35379-2-II.   Division Two.   February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN PEREZ, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 06-1-00104-0, Craddock D. Verser, J., entered August 17, 2006. *Remanded* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J.; Quinn-Brintnall, J., dissenting.

[No. 35439-0-II.   Division Two.   February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL WADE WHEELER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-1-00776-7, Richard D. Hicks, J., entered September 28, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 35476-4-II.   Division Two.   February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN R. BELITZ, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-02425-1, Susan Serko, J., entered October 6, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 35490-0-II.   Division Two.   February 26, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LEE FRAZIER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-1-00023-4, Toni A. Sheldon, J., entered October 9, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Penoyar, JJ.